## U.S. Bankruptcy Court
## Northern District of Georgia

In re:

**RAJESH C PATEL**

Bankruptcy Case No. 16–65074–lrc

Debtor

**BERKELEY INVESTMENTS, LLC**
**SR 20 LODGING, INC.**

Adversary Proceeding No. 17–05062–lrc

Plaintiff

v.
**RAJESH C PATEL**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Northern District of Georgia
1340 United States Courthouse
75 Ted Turner Drive SW, Atlanta GA 30303

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

John K. Rezac
1600 Parkwood Circle
Suite 400
Atlanta, GA 30339

John K. Rezac
1600 Parkwood Circle
Suite 400
Atlanta, GA 30339

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:

03/20/2017

M. Regina Thomas, Clerk Of Court



B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __John K. Rezac__ (name), certify that service of this summons and a copy of the complaint was made __March 24, 2017__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Rajesh C. Patel           with a copy to: Howard P. Slomka
    2253 Gradyridge Trail                  Slomka Law Firm
    Duluth, GA 30097                     1069 Spring Street, NW, 2nd Floor
                                             Atlanta, GA 30309

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __3/24/2017__  Signature __/s/ John K. Rezac__

Print Name: __John K. Rezac__

Business Address: __Taylor English Duma LLP__

__1600 Parkwood Circle, Suite 400, Atlanta, GA 30339__