**IT IS ORDERED as set forth below:**



Date: July 2, 2018

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: RAJESH C. PATEL | : | CHAPTER 7 |
| | : | |
| Debtor, | : | Case No. 16-65074-lrc |
| _____ | : | |
| BERKELEY INVESTMENTS, LLC | : | |
| and SR 20 LODGING, INC., | : | |
| | : | |
| Plaintiffs, | : | Adversary Proceeding |
| vs. | : | |
| | : | No. 17-05062-lrc |
| RAJESH C. PATEL | : | |
| | : | |
| Defendant. | : | |
| _____ | | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

THIS CAUSE comes before the Court upon SLOMKA & SLIPAKOFF P.C and HOWARD P. SLOMKA ("Debtor's Counsel") Motion to Withdraw as Counsel for Debtor (Doc. 179). Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. Debtor's counsel Motion (Doc. 6) is GRANTED.

2. Howard P. Slomka, Esq., and the law firm of Slomka and Slipakoff P.C are relieved of any further duty as counsel for Debtor upon the condition that counsel serves Debtor and all parties to this action with a copy of this Order, by either postal or electronic service within ten (10) days of the date of this Order. Additionally, counsel shall file in this cause a certificate of service of a copy of this Order, showing the date of such service.

3. If no counsel files a Notice of Appearance, Debtor shall be considered as proceeding pro se with a record address of: 2253 Gradyridge Trail, Duluth, GA 30097.

4. All future communications should be sent directly to Debtor, and undersigned should be removed from the service list.

[END OF DOCUMENT]

Proposed by:

/s/ Howard P. Slomka, Esq.
Georgia Bar No. 652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
(404) 800-4001
hs@myatllaw.com

DISTRIBUTION LIST

Howard P. Slomka, Esq.
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339

Rajesh C Patel
2253 Gradyridge Trail
Duluth, GA 30097

John K. Rezac
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339